**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KHALID ME AL-MOUSA,
                                *Petitioner,*

v.

MICHAEL B. MUKASEY, Attorney
General,

                                *Respondent.*

No. 06-70638

Agency No.
A79-378-238

ORDER

Filed September 22, 2008

Before: Betty B. Fletcher, William C. Canby, Jr., and
Johnnie B. Rawlinson, Circuit Judges.

## ORDER

The opinion, published at 518 F.3d 738, is WITHDRAWN. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

The Petition for Panel Rehearing is GRANTED. A memorandum disposition replacing the prior opinion is filed simultaneously with this order.

New petitions for rehearing or petitions for rehearing en banc may be filed.

**IT IS SO ORDERED.**

13353

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.